■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JAMES, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated May 20, 1964, which denied without a hearing his application to vacate a judgment of said court rendered January 22, 1959 on his plea of guilty, convicting him of murder in the second degree, and imposing sentence. Order affirmed (see *People* v. *Fish*, 11 N Y 2d 1069; *People* v. *Nicholson*, 11 N Y 2d 1067). Beldock, P. J., Ughetta, Christ, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JUNIOR LANE, Appellant, et al., Defendants.— Appeal by defendant, Edward Junior Lane, from a judgment of the County Court, Orange County, rendered December 5, 1960 after a jury trial, convicting him of murder in the first degree, and sentencing him to life imprisonment. Judgment reversed on the law and a new trial granted for the reasons stated by the Court of Appeals in its decision on the appeal by the three codefendants, McNeil, Sloan and Williams (*People* v. *Lane*, 10 N Y 2d 347), and in its recent decision with respect to the proper procedure for the determination of the issue of the voluntariness of a defendant's confession (*People* v. *Huntley*, 15 N Y 2d 72). No questions of fact were considered. Ughetta, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.